UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――

ELSA GONZALEZ, on behalf of L.R.,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

25-CV-6844 (LTS)

ORDER DIRECTING
ORIGINAL SIGNATURE AND
AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff Elsa Gonzalez, who is proceeding *pro se*, brings this action on behalf of L.R., her granddaughter, who is a minor. Gonzalez seeks judicial review of a final decision of the Commissioner of Social Security. Both the complaint and application to proceed *in forma pauperis* ("IFP") are completed and signed by L.R.; the IFP application includes only Gonzalez's financial information. Because L.R. does not have the legal capacity to bring this action, *see* Fed. R. Civ. P. 17(c), and the action is being brought by Gonzalez, Gonzalez must sign the complaint and complete the IFP application. Accordingly, the Court directs Gonzalez, within 30 days of the date of this order, to (1) sign and resubmit the attached signature page of the complaint and (2) complete and sign the attached amended IFP application.

      No summons shall issue at this time. If Gonzalez complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Gonzalez fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates

good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 26, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       Chief United States District Judge