UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELSA GONZALEZ *on behalf of* Layla Rodriguez,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
------------------------------------------------------------x

**ORDER**

25-CV-6844 (MKV) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge.**

Plaintiff's deadline to oppose and respond to the Commissioner's Brief was July 10, 2026. Dkt. No. 11. She missed this deadline. It is now over three months later. The Court will give Plaintiff one last opportunity to respond.

Plaintiff may file her response brief by **November 13, 2026**. Her response must include a good reason that explains why she missed the July deadline. She should refer to the Court's scheduling order at Dkt. No. 11 for further guidance and *pro se* resources. The Court warns Plaintiff that if she does not file a response by this date, the Court will consider Commissioner's Brief unopposed.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff's address as reflected on ECF.

SO ORDERED.

Dated: New York, New York
October 13, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge